FILED
U.S. DISTRICT COURT
SAVANNAH DIV

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2013 JAN 30 PM 4: 1°
SAVANNAH DIVISION

UNITED STATES OF AMERICA )

v.

DONALD FOWLER,

Defendant.

)
)
) CASE NO. CR412-004
)
)
)
)
)

CLERK
SO DIST. OF GA.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 159), to which neither party objects. Both the Government and Defendant have stipulated to the psychiatric report's findings. (Doc. 152.) After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant is found competent to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 30th day of January 2013.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA